RYAN ROTH (CSB# 291844)
Law Office of Ryan Roth
1120 14th St., Suite 5
Modesto, CA 95354
Telephone:     (209) 557-2592
Fax:              (209) 597-2211

Attorney for Defendant
Lance Aaron Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>LANCE AARON WILSON,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:15-CR-00046-LJO-SKO<br><br>STIPULATION AND (PROPOSED) ORDER<br>TO TERMINATE LOCATION<br>MONITORING PROGRAM |

Defendant LANCE AARON WILSON, through his attorney RYAN ROTH, requests that the following condition be removed from his conditions of pre-trial release:

You shall participate in the following location monitoring program component and aide by all the requirements of the program, which will include having location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person.

You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based on your ability to pay, as determined by the pretrial services officer;

CURFEW:  You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of release, not in conflict, shall remain in full force and effect. Neither Pretrial Services Officer Ryan Beckwith, nor the government, object to Mr. Wilson's request.

IT IS SO STIPULATED

Dated:  October 31, 2016

/s/ Ryan A. Roth
RYAN A. ROTH
Attorney for Defendant
LANCE AARON WILSON


/s/ Kathy Servatius
KATHY SERVATIUS
Assistant U.S. Attorney



/s/ Ryan Beckwith
RYAN BECKWITH
U.S. Pretrial Services Officer


IT IS SO ORDERED.

Dated:  **November 4, 2016**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

RYAN ROTH (CSB# 291844)
Law Office of Ryan Roth
1120 14th St., Suite 5
Modesto, CA 95354
Telephone:      (209) 557-2592
Fax:               (209) 597-2211

Attorney for Defendant
Lance Aaron Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:15-CR-00046-LJO-SKO |
| | ) |
| Plaintiff, | ) |
| | ) ORDER TO TERMINATE LOCATION |
| | ) MONITORING PROGRAM |
| v. | ) |
| | ) |
| LANCE AARON WILSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

     Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court
that the location monitoring program be terminated, and that all other conditions and special
conditions of pretrial release remain in full force and effect.