RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
LANCE AARON WILSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br><br>LANCE AARON WILSON,<br>　　　　Defendant. | CASE NO. 1:15-cr-00046 LJO-SKO<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE<br><br>Date: March 13, 2017<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Lance Aaron Wilson, that the sentencing date scheduled for March 13, 2017, at 8:30 a.m. be vacated and the sentencing date be continued to this Court's calendar on May 15, 2017, at 8:30 a.m., or the soonest date thereafter convenient to the Court.

　　　The proposed date of 5/15/2017 is agreeable with Defendant's probation officer, Ross Micheli.  Counsel and Mr. Micheli have met regarding scheduling Mr. Wilson's presentence interview; but subsequent scheduling conflicts have arisen, with appointments cancelled by both parties.

The assigned probation officer is now away from the office due to training commitments and will not return with sufficient time to interview and complete his report for Mr. Wilson. This continuance is requested for additional time to conduct the presentence interview, preparation of the report, and allow for objections to be timely filed.

The government is agreeable to a sentencing date of May 15, 2017 and does not object to the requested continuance.

The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation and investigation.

Respectfully Submitted,

Dated:  February 16, 2017			/s/ Ryan Roth
						Ryan Roth
						Attorney for Defendant
						Lance Aaron Wilson

Dated: February 16, 2017			/s/ Kathleen Servatius
						Kathleen Servatius
						Assistant U.S. Attorney
						Attorney for Plaintiff

### **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 13, 2017, sentencing date is hereby vacated and reset to May 15, 2017. IT IS SO ORDERED.

Dated:   **February 17, 2017**		/s/ Lawrence J. O'Neill
						UNITED STATES CHIEF DISTRICT JUDGE