RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
LANCE AARON WILSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:15-cr-00046 LJO-SKO |
|     Plaintiff, ) | |
| vs. ) | |
| ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE |
| ) | |
| LANCE AARON WILSON, ) | Date: May 15, 2017 |
|     Defendant. ) | Time: 8:30 a.m. |
| ) | Honorable Lawrence J. O'Neill |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant, Lance Aaron Wilson, that the sentencing date scheduled for May 15, 2017, at 8:30 a.m. be vacated and the sentencing date be continued to this Court's calendar on September 11, 2017, at 9:30 a.m., or the soonest date thereafter convenient to the Court.

    The proposed date of 9/11/2017 is also agreeable with Defendant's probation officer, Ross Micheli.

    Mr. Wilson's father is 84 years old and in acute declining health. Mr. Wilson is currently providing sole care for his father and is arranging for another family member to take

over after Mr. Wilson goes into custody. A family member will not be available to move to the area until late August to assume care for Mr. Wilson's father.

The government is agreeable to a sentencing date of September 11, 2017 and does not object to the requested continuance.

Respectfully Submitted,

Dated: May 9, 2017  /s/ Ryan Roth
Ryan Roth
Attorney for Defendant
Lance Aaron Wilson

Dated: May 9, 2017  /s/ Kathleen Servatius
Kathleen Servatius
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current May 15, 2017, sentencing date is hereby vacated and reset to September 11, 2017.

IT IS SO ORDERED.

Dated: **May 9, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE