IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00046 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| LANCE AARON WILSON | |
| Defendant. | |

The above named defendant has been accepted to the Delancey Street Drug Treatment Program located in San Francisco, California.

IT IS HEREBY ORDERED that the defendant shall be released to Ryan Roth, on Saturday, September 23, 2017 at 7:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **September 19, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE