# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               **Plaintiff-Respondent,**<br><br>       v.<br><br>**LANCE AARON WILSON,**<br><br>               **Defendant-Petitioner.** | 1:15-cr-00046-LJO-SKO-4<br><br>**MEMORANDUM DECISION AND ORDER RE REQUEST TO SUPPLEMENT BRIEFING; ORDER SETTING AMENDED BRIEFING SCHEDULE RE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**<br><br>**(ECF Nos. 161, 162)** |

      The Court has received Petitioner's *pro se* request to supplement his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, his motion for a new scheduling order, and his additional supplemental brief. ECF Nos. 161-63. The Court construes the supplemental briefs as an amended petition, pursuant to Federal Rule of Civil Procedure 15. *See* 28 U.S.C. § 2242 (An "[a]pplication for a writ of habeas corpus . . . may be amended or supplemented as provided in the rules of procedure applicable to civil actions."); *In re Morris*, 363 F.3d 891, 893 (9th Cir. 2004) ("This circuit and others have noted that 'Rule 15(a) applies to habeas corpus actions with the same force that it applies to garden-variety civil cases.'"); *Anthony v. Cambra*, 236 F.3d 568, 57-78 (9th Cir. 2000) (rejecting the argument that Rule 15 is inapplicable to federal habeas petitions). Under Federal Rule of Civil Procedure 15(a), a petitioner seeking collateral relief may amend his pleadings once as a matter of course before a responsive pleading is served, but any further amendment requires leave of court. Fed. R. Civ. P. 15(a)(2). The Court notes that no further amendment will be permitted unless Petitioner first

1

seeks permission from the Court.

In light of the filing of an amended petition, the Court grants Petitioner's request for a new briefing schedule.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's request to file a supplemental brief (ECF No. 161) is **GRANTED**;
2. Petitioner's motion for a new scheduling order (ECF No. 162) is **GRANTED**;
3. The Government's opposition to Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (ECF No. 156) is due by **Tuesday, December 18, 2018**. Petitioner's reply in support of his motion is due **Friday, February 15, 2019**.

IT IS SO ORDERED.

Dated: **October 22, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE