IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. LANCE WILSON, Defendant. | CASE NO. 1:15-CR-00046 LJO<br><br>**ORDER GRANTING GOVERNMENT'S MOTION EXTENSION OF TIME TO RESPOND TO DEFENDANT WILSON'S MOTION PURSUANT TO 28 U.S.C. § 2255**<br><br>COURT: Hon. Lawrence J. O'Neill |
|---|---|

The United States of America, by and through McGregor W. Scott, Assistant United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested an extension of time to respond to defendant Wilson's Motion to Vacate Sentence until September 9, 2019, , and good cause appearing therefore,

IT IS FURTHER ORDERED that the Government's opposition to the defendant's motion shall be filed on or before September 9, 2019.

IT IS FURTHER ORDERED that the defendant's reply in support of his motion shall be filed on or before October 9, 2019.

IT IS SO ORDERED.

Dated: __**August 26, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                                                UNITED STATES CHIEF DISTRICT JUDGE

ORDER ON GOVERNMENT'S MOTION FOR EXTENSION OF TIME               1