IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>LANCE WILSON,<br><br>               Defendant. | CASE NO. 1:15-CR-00046 LJO<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT WILSON'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

    The United States of America, by and through McGregor W. Scott, Assistant United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested an extension of time to respond to defendant Wilson's Motion to Vacate Sentence until September 24, 2019, and good cause appearing therefore,

    IT IS ORDERED that the Government's opposition to the defendant's motion shall be filed on or before September 24, 2019.

    IT IS FURTHER ORDERED that the Defendant's reply in support of his motion shall be filed on or before October 23, 2019.

    The Government should not expect further routine grants of extensions of time, particularly when the request comes after the missed deadline.

IT IS SO ORDERED.

    Dated:   **September 11, 2019**          /s/ Lawrence J. O'Neill
                                                             UNITED STATES CHIEF DISTRICT JUDGE