IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>LANCE AARON WILSON,<br><br>                  Defendant. | NO.  1:15-CR-00046-NONE-SKO<br><br>ORDER SEALING EXHIBIT 5 TO GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL DECLARATIONS |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 5 to Government's Response to Defendant's Supplemental Declaration pertaining to defendant Lance Wilson, be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's Request, sealing the Government's Exhibit 5 to Government's Response to Defendant's Supplemental Declaration serves a compelling interest.  The Court further finds that, in the absence of sealing, the compelling interests identified by the government would be harmed.  In light of

the the Government's Request to Seal, the Court further finds that there are no additional alternatives to sealing Exhibit 5 that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **September 3, 2020**                   _____
                                                                    UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

2