|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00046 NONE-SKO |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND** |
| vs. | ) **ORDER FOR APPOINTMENT OF COUNSEL** |
| LANCE AARON WILSON, | ) |
| *Defendant,* | ) |

Defendant, Lance Aaron Wilson, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

Mr. Wilson had retained counsel and is now seeking appointed counsel under General Order 595. Mr. Wilson submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Wilson was sentenced to a 96-month term of imprisonment on March 19, 2018 and is currently in custody.

General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Wilson on his compassionate release proceedings related to this case.

DATED: October 28, 2020          */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **October 28, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE