# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:15-CR-00046-4- JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| LANCE AARON WILSON, ) | |
| Defendant. ) | |

The defendant has satisfied the Court of his financial inability to employ counsel and that he wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Carolyn Phillips is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to May 9, 2022, for purposes of the evidentiary hearing after remand from the Ninth Circuit. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **May 11, 2022**

_____
UNITED STATES DISTRICT JUDGE