PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00046-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING REGARDING DEFENDANT'S REMAINING 28 U.S.C. § 2255 CLAIM [DOC. 161] |
| v. | |
| LANCE WILSON, | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

By previous order this matter was set for an evidentiary hearing on the defendant's 28 U.S.C.

§ 2255 claims on August 5, 2022.  Dkt. 297.  On today's date, government counsel learned that its sole

witness for the evidentiary hearing had unexpectedly been hospitalized earlier this week and required

surgery.  Consequently, the parties have agreed and hereby stipulate to a continuance of the evidentiary

hearing.  The parties have conferred with regard to witness availability and request the evidentiary

hearing be continued from August 5, 2022, to September 30, 2022.  The parties estimate that the hearing

will take approximately 3-4 hours.

Dated: August 3, 2022                                        PHILLIP A. TALBERT
                                                                          United States Attorney


                                                                          /s/ JESSICA A. MASSEY
                                                                          JESSICA A. MASSEY
                                                                          Assistant United States Attorney

STIPULATION TO CONTINUE EVIDENTIARY
HEARING; [PROPOSED] ORDER                                        1

Dated: August 3, 2022

/s/ CAROLYN PHILLIPS
CAROLYN PHILLIPS
Counsel for defendant
LANCE WILSON

**ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

    Dated:  **August 5, 2022**

UNITED STATES DISTRICT JUDGE