PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00046-JLT |
| Plaintiff, | |
| v. | |
| LANCE WILSON, | STIPULATION AND [PROPOSED] ORDER SETTING FORTH AMENDED BRIEFING SCHEDULE REGARDING POST-HEARING BRIEFING |
| Defendant. | |

## BACKGROUND

On October 26, 2022, the Court concluded a two-day evidentiary hearing regarding defendant's remaining 28 U.S.C. § 2255 claim. Doc. 307. After the hearing the Court ordered the defendant to file a post-hearing brief by November 4, 2022, with the government's response due on November 14, 2022, and defendant's reply, if any, due on November 18, 2022. *Id*. Given significant time constraints that government counsel has experienced over the past 11 days due to a significant joint federal/state wiretap takedown, resulting court filings and hearings for 12 federal defendants, 5 federal indictments scheduled for November 17, 2022, and an opposition to a motion to dismiss due on another case on November 16, 2022 (*U.S. v. Minor et al*, 1:22-CR-00177-ADA), the government requests a short extension of time to file its response to defendant's post-hearing brief. Defense counsel requests an extension of time to file her reply, if any, given that she will be out of office from

1

November 19 through December 2, 2022.

THEREFORE, defendant, by and through his counsel of record, and the United States of America, by and through its counsel of record, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting this schedule:

1. Any response to defendant's post-hearing brief by the United States must be filed on or before November 22, 2022.

2. Any reply by the defendant must be filed on or before December 9, 2022.

DATED: November 14, 2022                        PHILLIP A. TALBERT
                                                United States Attorney

                                        By:     /s/ Jessica A. Massey
                                                JESSICA A. MASSEY
                                                Assistant U.S. Attorney

DATED:  November 14, 2022

                                        By:      /s/ CAROLYN D . PHILLIPS
                                                CAROLYN D. PHILLIPS
                                                Counsel for Defendant
                                                LANCE WILSON

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **November 14, 2022**                  _____
                                                UNITED STATES DISTRICT JUDGE

2